IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-30 Erie |
| | ) | |
| SHANE HVIZDZAK | ) | |
| SEAN HVIZDZAK | ) | |

**Supplemental Joint Stipulation**

The parties stipulate and agree to the authenticity of the bank records exhibits.

The parties will continue to discuss possible further stipulations and seek leave of Court to file any additional stipulations as the matter draws closer to trial.

Respectfully Submitted,

TROY RIVETTI
Acting United States Attorney

*s/Christian A. Trabold*
Christian A. Trabold
Assistant U.S. Attorney
PA ID No. 75013