IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-30 Erie |
| | ) | |
| SHANE HVIZDZAK | ) | |
| SEAN HVIZDZAK | ) | |

**Notice of the United States Pursuant to**
**Federal Rule of Evidence 902(11)**

    If it becomes necessary, the prosecution intends to introduce at trial records of regularly conducted activity, often referred to as business records, from Gemini Trust Company, LLC ("Gemini"), under Rules 803(6) and 902(11) of the Federal Rules of Evidence.

    Pursuant to Rule 902(11) certified domestic records of regularly conducted activity are self-authenticating if accompanied by a written declaration certifying that the records were (1) made at or near the time of the occurrence of the matters set forth by a person with knowledge of those matters; (2) kept in the ordinary course of the regularly conducted activity; and (3) made by the regularly conducted activity as a regular practice.   The business records affidavit executed by a representative of Gemini Trust Company, LLC ("Gemini"), has been provided to defense counsel.

     Wherefore, the United States respectfully submits that the proffered evidence be admitted at trial as self-authenticating records of regularly conducted activity.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney


*S/Christian A. Trabold*
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013


*S/Paul S. Sellers*
PAUL S. SELLERS
Assistant U.S. Attorney
PA ID No. 316175