# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 21-30E |
| SHANE HVIZDZAK, ) | |
| ) | |
| Defendant. ) | |

**HEARING ON** – Change of Plea

Before Judge W. Scott Hardy

| | |
|---|---|
| Paul S. Sellers, AUSA | John A. Schwab, Esq. |
| Appeared for U.S.A. | Jennifer H. Bouriat, Esq. |
| | Appeared for Defendant |

| | |
|---|---|
| Hearing begun 10/15/25 at 10:50 a.m. | Hearing adjourned to _____ |
| Hearing concluded 10/15/25 at 12:15 p.m. | Stenographer: M. Moore |
| | Clerk:    K. Woffington |

Oath administered to Defendant; Court finds Defendant competent to participate; Court asks Defendant questions from colloquy and Defendant indicates understanding; Court details charges in Counts 1, 2-24, 29-37, 39-40, 49-53, and 56-65 of the Indictment and verifies that Defendant intends to plead guilty to said charges; Court advises Defendant of trial rights and Defendant indicates understanding of same; Court asks about and Defendant indicates understanding of Sentencing Guidelines application and potential statutory penalties; Government details elements of offenses and summarizes evidence against Defendant; Court finds factual basis adequate as to Counts 1, 2-24, 29-37, 39-40, 49-53, and 56-65 of the Indictment; Defendant indicates desire to plead guilty to those counts; Defendant confirms that he knowingly and voluntarily signed change of plea form; Court accepts Defendant's change of plea and enters a judgment of guilt as to Counts 1, 2-24, 29-37, 39-40, 49-53, and 56-65 of the Indictment at CR 21-30E; Court orders preparation of Presentence Investigation Report; Sentencing is set for 2/18/26 at 10:00 a.m.; Defendant is continued on bond pending sentencing.